UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>vs. )<br>MICHAEL RIVAS, )<br>      Defendant. ) | CASE NO. 2:23-CR-00080-ART-EJY<br><br>**ORDER GRANTING**<br>Stipulation to Continue<br>Sentencing Hearing (ECF No. 80) |

Pursuant to the Stipulation of the Parties, and for good cause appearing, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for July 31, 2025, at 2:00 p.m., be vacated and continued to Thursday, September 4, 2025, at 1:00 p.m. before U.S. District Judge Anne R. Traum in Las Vegas courtroom to be determined.

DATED: July 18, 2025

_____
ANNE R. TRAUM
United States District Judge