**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00080-ART-EJY |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MICHAEL RIVAS, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice Count 1 of the Indictment against Defendant Michael Rivas.

IT IS HEREBY ORDERED that Leave of Court is granted for the filing of the above dismissal for Count 1.

DATED this 8th day of September, 2025.

_____
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

1